

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00627-CV

Harold D. **BARNES**,
Appellant

v.

Etienne B. **ETCHOUEKANG**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV03731
Honorable Cesar Garcia, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are assessed against appellant.

It is so **ORDERED** on October 23, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk